Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                         Criminal No.          24-49

SHAOYUN WANG- 1
MAHMOOD RASHID AMUR AL HABSI- 2             Category     B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  4/26/2024  from  Judge Colleen Kollar-Kotelly

to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:     Judge Colleen Kollar-Kotelly          & Courtroom Deputy
        Calendar Committee

        U.S. Attorney's Office – Judiciary Square Building, Room 5133
        Statistical Clerk